# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 11th day of February, two thousand twenty-six,

_____

| | |
|---|---|
| Sixty Lower East Side, LLC, Sixty Hotels, LLC, Sixty Hotel Manager, LLC, | **ORDER** <br> Docket No. 25-2108 |

        Defendants-Appellants-Cross-Appellees,

  v.

Margaret Betts,

        Plaintiff-Appellee-Cross-Appellant.

_____

Counsel for Appellee-Cross-Appellant Margaret Betts has filed a scheduling notification pursuant to the Court's Local Rule 31.2, setting May 04, 2026 as the brief filing date.

It is HEREBY ORDERED that Appellee-Cross-Appellant's brief must be filed on or before May 04, 2026. If the brief is not filed by that date, the appeal will proceed to a merits panel for determination forthwith, and Appellee-Cross-Appellant will be required to file a motion for permission to file a brief and appear at oral argument. A motion to extend the time to file the brief or to seek other relief will not toll the filing date. See Local Rule 27.1(f)(1); cf. RLI Insurance Co. v. JDJ Marine, Inc., 716 F.3d 41, 43-45 (2d Cir. 2013).

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

